# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00341-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIAN VON BEHREN,

    Defendant.

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

**Blackburn, J.**

The matter before me is the request of the probation officer to clarify and/or modify the conditions of supervised release. Having considered the probation officer's report and the position of the parties in open court on July 31, 2015, I conclude that the conditions of supervised release should be modified consistent with the agreement of the parties.

**THEREFORE, IT IS ORDERED** as follows:

1. That condition number three (3) of the defendant's supervised release conditions is modified to include the following language (italicized and cited in bold), to wit:

"…the defendant shall allow the probation officer to install software/hardware designed to monitor computer activities on any computer the defendant is authorized by the probation officer to use ***to ensure the defendant is not accessing sexually explicit material, communicating with minors or violating the conditions of supervised release.*** The software may record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software on the

computer. The defendant shall not attempt to remove, tamper with, reverse engineer, or in any way circumvent the software/hardware. ***However, the defendant may, subject to the condition that defendant is not accessing sexually explicit material, communicating with minors or violating the conditions of supervised release, use a computer, the internet, or their functional equivalent, for the limited purposes of his education and employment without the installation of monitoring software and the notice provided above. Additionally, to ensure compliance with this special condition, the defendant, as directed by his probation officer, shall submit to periodic maintenance polygraph examinations***."; and

    2. That all other terms and conditions of supervision previously imposed shall remain in full force and effect.

    Dated August 6, 2015, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge